IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARSHA JEWELL, | No. C 10-04639 CW |
|     Plaintiff, | ORDER REGARDING PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS |
| v. | |
| BARCLAYS CAPITAL REAL ESTATE INC., | |
|     Defendant. | |

    On October 21, 2010, Defendant Barclays Capital Real Estate Inc. moved to dismiss Plaintiff Marsha Jewell's complaint. The hearing on the motion was initially set for November 30, 2010. After Plaintiff's action was reassigned to this Court, Defendant re-noticed the motion for hearing on January 6, 2011. Plaintiff, who is proceeding <u>pro se</u>, failed to file an opposition, which was due December 16, 2010.

    Accordingly, Plaintiff shall file her opposition to Defendant's motion by December 28, 2010, or her action will be dismissed for failure to prosecute. If an opposition is filed, Defendant's reply shall be due on January 4, 2010. Defendant's motion will be taken under submission on the papers. The Court VACATES the hearing set for January 6, 2011.

    IT IS SO ORDERED.

Dated: 12/21/2010

                                        CLAUDIA WILKEN
                                        United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

JEWELL et al,

        Plaintiff,

v.

BARCLAYS CAPITAL REAL ESTATE INC. et al,

        Defendants.

Case Number: CV10-04639 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on December 21, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Marsha Jewell
1425 David Avenue
Concord, CA 94518

Dated: December 21, 2010

        Richard W. Wieking, Clerk
        By: Nikki Riley, Deputy Clerk

2