IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARSHA LANE JEWELL,<br><br>      Plaintiff,<br><br>   v.<br><br>BARCLAYS CAPITAL REAL ESTATE, INC.<br>d/b/a HOMEQ SERVICING,<br><br>      Defendant.<br>_____/ | No. C 10-04639 CW<br><br>ORDER GRANTING IN PART DEFENDANT'S MOTION TO DISMISS (Docket No. 4) AND SUA SPONTE REMANDING ACTION TO STATE COURT |

   In this action removed from Contra Costa County Superior Court, Defendant Barclays Capital Real Estate, Inc. d/b/a HomEq Servicing moves to dismiss the complaint of Plaintiff Marsha Lane Jewell.  Defendant seeks dismissal with prejudice.  Plaintiff, who is represented by counsel, does not oppose the motion with respect to her claims under the Fair Debt Collection Practices Act (FDCPA), 15 U.S.C. §§ 1692, et seq., or the Real Estate Settlement Procedures Act (RESPA), 12 U.S.C. §§ 2601, et seq.  Accordingly, Defendant's motion is GRANTED in part.  Plaintiff's FDCPA and RESPA claims are dismissed with prejudice.

   Defendant removed this action pursuant to the Court's federal question jurisdiction, 28 U.S.C. § 1331.  See Notice of Removal of Action ¶¶ 8-10.  Because Plaintiff's claims under federal law are dismissed, no federal claim remains in her suit and, as a result, the exercise of supplemental jurisdiction over her remaining state law claims is no longer necessary.  28 U.S.C. § 1367(c)(3).

   This action was removed in its early stages, and no factors weigh in favor of the Court exercising supplemental jurisdiction

over Plaintiff's state law claims.  Thus, the Court declines to do so and <u>sua sponte</u> remands her action to Contra Costa County Superior Court.  <u>Harrell v. 20th Century Ins. Co.</u>, 934 F.2d 203, 205 (9th Cir. 1991) (stating that, after dismissal of all federal claims in an action, "it is generally preferable for a district court to remand remaining pendent claims to state court") (citing <u>Carnegie-Mellon Univ. v. Cohill</u>, 484 U.S. 343, 350 n.7 (1988)).

IT IS SO ORDERED.

Dated: January 13, 2011

*[signature]*

CLAUDIA WILKEN
United States District Judge